

# Fourth Court of Appeals
## San Antonio, Texas

January 14, 2015

No. 04-14-00844-CV

**IN THE INTEREST OF N.R.V., A.M.A.F. AND I.I.F.,** Children,

From the 38th Judicial District Court, Real County, Texas
Trial Court No. 2013-3094-DC
The Honorable Cathy O. Morris, Judge Presiding

## O R D E R

The Appellant's Motion for Extend Time to file Appellant's Brief is GRANTED. The appellant's brief is due on February 1, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court